UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK S. CIRIELLO, )
)
       Plaintiff, )
)
v. ) Civil Action No. 14-1445
)
WHITE HOUSE, )
)
       Defendant. )

FILED
AUG 2 2 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed as frivolous.

The plaintiff offers a critique of landscaping practices since the 1960s, and generally complains that landscapers have planted trees, shrubs and flowers that are unattractive and unsuitable for the environment. He alleges that the "United States[] failed to conduct researching on the effects of landscaping," and based on his research, "[a] re-call of landscaping is ... necessary." Compl. at 1.

Review of the complaint, and the myriad nonsensical allegations therein, leads the Court to conclude that the complaint must be dismissed in its entirety under 28 U.S.C. § 1915(e)(2) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] a complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 8-21-14

_____
United States District Judge
J. Boasberg